UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

        v.          CASE NO. 09CR20031

BRYAN STOCKBURGER                                 DEFENDANT

# O R D E R

Currently before the Court is a motion by Defendant to terminate his term of supervised release (doc. 30). Defendant indicates that he has fully complied with the terms of his supervised release. The Government objects to Defendant's motion. (Doc. 31). However, the Government is not opposed to a modification of defendant's terms of supervised release to allow Defendant to travel outside his district of supervision without prior approval of the probation office for work.

The Court, being well and sufficiently advised, finds that the benefits of supervised release to Defendant outweigh any burden upon him. After considering the factors set forth in 18 U.S.C. § 3553, the Court cannot find that termination of his supervised release is warranted. *See* 18 U.S.C. § 3583(e)(1). Accordingly, Defendant's motion (doc. 30) is hereby DENIED. However, the Court will order that the terms of supervised release be MODIFIED to permit Defendant to travel outside his district of supervision for job-related travel without seeking prior approval

of the probation office.

IT IS SO ORDERED this 1st day of April 2013.


/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)